IN THE COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta, Clerk

NO. PD-0194-15

| | | |
|---|---|---|
| William Paul Langrum II | § | THE COURT OF APPEALS |
|     petitioner, | § | |
| | § | |
| V. | § | FOR THE FIFTH |
| | § | |
| THE STATE OF TEXAS | § | |
|     respondent, | § | DISTRICT OF TEXAS |

## MOTION SUGGESTING EN BANC RECONSIDERATION

TO THE HONORABLE JUSTICES OF THE COURT:

   petitioner, respectfully presents this motion for EN banc reconsideration pursuant to the Texas Rule of Appellate Procedure, Rule. 49.7, and moves this court to grant such motion, and in support of this motion, petitioner presents the following in support thereof:

### REASONS FOR GRANTING MOTION

1.) The decision of the court in denying petitioner's petition for Discretionary Review was based on a decision that was contrary to simular case's with simular issues. The STARE decisis Rule require like case's to be treated the same, which in the present case that rule was neglected requiring a closer review.

2.) Petitioner further states that such reconsideration for EN banc review would show that the state failed to prove the case beyond a reasonable doubt as required by the U.S. Constitution, when it's been decided that, Texas courts are bound by the United States Supreme Court interpretation of the Federal Constitution regardless of the courts own notion, including the STARE decisis doctrine. EX PARTE DANGELO, 339 S.W.3d 143 (Tex.App.Fort Worth.2010) See also, CORONADO V. STATE, 351 S.W.3d 315(Tex.Crim.App.2011), IN RE Winship, 397 U.S.358 (1970)

### CONCLUSION

   Petitioner asks that the court grant this motion for suggestion for EN banc

reconsideration, and allow him the opportunity to further seek relief from being illegally detained on a void conviction.

## CERTIFICATE OF SERVICE

I, William Paul Langrum II, certify that a true copy of this foregoing motion was sent by First Class U.S. Mail, to the Court of Appeals, Dallas Division.

William Paul Langrum II
1884962 – Polunsky Unit
3872 FM 350 South
Livingston, TX. 77351

William Langrum II #1884962
3872 FM 350 South
Polunsky Unit
Livingston, Texas 77351

Legal

NORTH HOUSTON TX 770

12 MAY 2015 PM 2 L

FOREVER USA

Court of Criminal Appeals
Supreme Court Building
P.O. Box 12308
Austin, TX 78711-2308

78711230808